UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

In re:                                                                  Bankr. Case No. 11-40562-7

LAHRA F. MARTIN & TROY R. MARTIN                                        Chapter 7

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc.
        PO Box 183853
        Arlington, TX  76096

        AmeriCredit Financial Services, Inc.

By  /s/  James Hogan, Jr.

        James Hogan, Jr.
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@americredit.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on July 25, 2011 :

| | |
|---|---|
| THOMAS A BLAKE<br>202 505 W 9TH ST<br>SIOUX FALLS, SD  57104 | LEE ANN PIERCE<br>PO BOX 524<br>BROOKINGS, SD  57006 |

By /s/ James Hogan, Jr.
    James Hogan, Jr.

xxxxx75782 / 612730